HERBERT WINNEY, Appellant, and HENRY J. WEISSER, Respondent, *v.* FRANK LEUCI, as Property Clerk of the Police Department of the City of New York, Defendant.

Supreme Court, Appellate Term, Second Department, June 19, 1947.

*Joseph M. Lonergan* for appellant.

*Max Weisser* for Henry J. Weisser, respondent.

MEMORANDUM *Per Curiam.* The judgment insofar as appealed from should be unanimously reversed on the law, with $30 costs to appellant against impleaded plaintiff Weisser and cross-claim dismissed.

The impleaded plaintiff acquired the automobile in question from a thief. It follows that he may not assert against the true owner a claim for the cost of repairs or improvements made to the automobile without the owner's knowledge or consent. (Cf. *Bateman* v. *Clark*, 263 App. Div. 789; *New York Yellow Cab Co. Sales Agency, Inc.,* v. *Laurel Garage, Inc.,* 219 App.

442

Div. 329; *Auto Dealers Discount Corp.* v. *Budd,* 242 App. Div. 37.)

MacCrate, Steinbrink and Rubenstein, JJ., concur.

Judgment reversed, etc.